<u>McNeilna2 - 1:09CV999</u>

<u>Attachment</u>

Main Page    Documents    News Archives    Event Calendar    Contact Us    FAQ    Guilford County



**Drive Safely This Season**
Once again, Sheriff BJ Barnes and members of the Sheriff's Office emphasize the need to be safe and sober while driving. We begin with...
+ Full Story

**Dirt Sails: New Jail Underway**
Expanded coverage of the groundbreaking ceremony for the new jail is the subject of this broadcast. That event took place Monday November 9, at the...
+ Full Story

   

### Sheriff's News
Couple arrested for conspiracy
Former Deputy and School Teacher Arrested on Sex Charges against Minors
Student arrested for weapon possession
McLeansville man found deceased
Contraband Arrests

### Looking for an Exciting Career?
The Guilford County Sheriff's Office is recruiting candidates to protect the citizens of Guilford County, including Deputy Sheriff, Detention Officer, and part time positions. Click here to learn about open positions!

### Message from Sheriff BJ Barnes
Welcome to our website. We hope you find it informative and will visit often. If we can improve it in any way, please let us know. Click here for a personal message from Sheriff BJ Barnes.

### Search
search...

### Sheriff Divisions
Office of the Sheriff
Chief Deputy
Administration
Detention Centers
Employment
History
Legal Process
Operations Bureau
Personnel & Training
Special Operations
Guilford Sheriff 911
Crime Prevention
Programs

**Main Page**
### Welcome
Our Primary concern is the well being and safety of the citizen's of Guilford County.

It is the objective of the Guilford County Sheriff's Office to enhance the quality of the citizens life by reducing crime and the fear of crime.

We are proactive in our approaches to crime using innovative, resourceful, and aggressive methods to assure the quality of life of our citizens.

We invite and solicit the public to become an involved participant in reaching our goals. We will, at every opportunity, pursue ways to streamline and remove barriers that are typical in bureaucracies. We will work with the public and private sector to become a facilitator of exemplary public service and better quality of life for all citizens who rely on our assistance.

Sex Offenders
Guilford Sheriff 911
Most Wanted
Missing Persons
Unsolved Cases
Citizen's Academy
Explorer Post
Crime Stoppers

U.S. Aircraft - HIGH

Guilford County Sheriff's Office, 400 West Washington St, Greensboro, NC 27402
Main Line: (336) 641-3694

Copyright © 2008 Guilford County Sheriff's Office. All rights reserved.